JOHNNY R ANDOE   98609
*(full name/prisoner number)*
ISCC G-112A
PO BOX 70010
Boise ID  83707
*(complete mailing address)*

U.S. COURTS

SEP 02 2016

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

JOHNNY R ANDOE ,
*(full name)*

Plaintiff,

v.

President Obama, Vice Presiden Joe Biden, Senator John Kerry, Senator Hillary Clinton

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:16-cv-395-REB
*(to be assigned by Court)*

**PRISONER COMPLAINT**
28 USCS §1331

Jury Trial Requested:  X  Yes  ___  No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

___  42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
 X   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
 X   Other federal statute *(specify)* Article 2, Sections 1&2 ; or diversity of citizenship. US Constitution
___  I also ask the federal court to exercise supplemental jurisdiction over state law claims.

PRISONER CIVIL RIGHTS COMPLAINT - page __1__                                    Revised 11/12/09

COMPLETE LIST OF ALL FEDERAL AND STATE DEFENDANTS.

President Barrack oBoma

Vice President Joe BIDEN

Hillary Clinton Senator and All US Senator For Gun Ban Laws

JOHN KERRY Senator

LT Governor For IDAHO Brad Little

Governor CL Butch Otter

Senator Brent Hill

Senator Bart DAVIS

Senator Chuck Winder

Senator John McGee

Senator Edgar Malepeai

Senator Les Bock

Senator Michelle Stennett

Idaho Treasure Ben YSURSA

Attorney General Lawrence G. WASDEN

Deputy Attorney General William Loomis

Deputy Attorney General L LaMont Anderson

Deputy Attorney General Mark Olson

FIFTH DISTRICT JUDGE John K Butler

~~FIF~~ JEROME MAGISTRATE JUDGE THOMAS Borrenson

Prosecutor John Horgan

Dep Pros Paul Kreoyer

Defendants Contin From P#1   P.1.A.

DEFENDANTS COMPLETE LIST CONTINUED

JEROME SHERRIF Doug McFalls

County COMMISSIONER JEROME Charels Howel

City of JEROME Mayor Charlie Correll

City of JEROME MAYOR JOHN Shine

City Police Capt Green

Officer John Lenker

Officer Kenneth Rushing

SGT JAMES BAKer

COMMISSIONER KATHY ROMOE

Director of Prisons IDOC Brent Reinke

Director of Prisons IDOC Kevin Kempf

Warden Joanna Smith

Warden Keith Yordy

Warden Randy Blades

Joyce M Blackman uncredible states witness Alleged victim

Clerk of JEROME COURT/COUNTY COMMISSIONER Michelle EMERSON

EVERY U.S. SENATOR That voted For gun Control Bills Since December 7th 2009 to current, From all States In The United States will Provide names after Filed.

~~A~~ U.S. Attorney General

That is 2/3 rds of US Senate, is A Defendant.

Defendants Cont'n From P91 pg 1B

MEMORANDUM OF WITNESS OF ACT OF TREASON

MR RAY HELDERMAN   ph# 775-340-0343
   PO BOX 4244
   West Wendover NV ~~4244~~ 89883 - 4244

MR John P DeBiaso
ISCC G POBox 70010 Boise ID   Not willing to testify

MR John R ANDOE  PLAINTIFF

MR RAY Helderman is Awaiting For a Case # so he can submit sworn witness statement Contact him

Witnesses of Acts of TREASON As Persuant to ARTicle 1 section 9, ARTICLE 3 sections 2, and 3; ARTICLE 4 sections 1 and 2  U.S. Constitution: Attached are written statements of witnesses willing to testify, above are those witnesses Names, MR Helderman is only witness with No attached Statement.

TO DEFENDANTS POINT IN QUESTION

MR Curtis Stover has not only spent the last 13 YRS wrongfully convicted but was raped by a texas correctional officer Ratcliff when IDOC subcontracted and sent him to texas to be housed. All because of Tyrants and tainted System.

His ex-wife claimed same thing in 1994 then in 2003 claimed he kidnapped his children He was Not even in Idaho or HAVAR Mt Idah did not use his Mothers sworn Deposition or his sisters or any of the Montana police reports. His oldest two testified that 4 days before thier Mom claimed kidnapping she and another Female dropped them off at his Mothers in Havar Mt All 4 children yet because they did not get to say so Idaho charged him with kidnapping of youngest 2.

His ex-wife said in presentence report "he won't lie to save himself" prosecutor said "She was lying in 94 but she wouldn't lye twice in a row." one of the jurors who convicted Curtis put self employed. worked out of courthouse and swayed jurors to convict he has 17 more YRS of his indeterminate to serve. All over the distorted system caused by Antigun Laws and Laws requiring felons of violent crimes to register in Idaho. Look at what I have in HC-CV-1:13-60826-CWD. My family, relatives know I did not committ alleyed crimes

MEMORANDUM CONCERNING ACTION AND DEFENDANTS

This is Not A Action going against the government. This is A Action Against Laws that violate the constitution, MY Rights, AND SlAVERY, That each of these Defendants Idividually Caused who violated their oath by voting for and or keeping these unconstitutional Laws. It would be obserde to file a civil Rights Action on each one and recieve the same Decision from each trial that would end up being the SAme decision in each case and where each Defendant has the Same Defense Attorney as a federal or State official. The Constitutional, civil Rights violations are the Same for each and the injury caused to me and many others the 6% of the innocent inmates convicted of public offenses is the SAme and the Decision for the constitutional violation and the Legality of the Laws being challenge will be the Same so its proper it be Only 1 Decision, 1 civil Rights Action Filed to correct the civil Rights violation. 2/3rds of senators are needed to pass such Laws or keep Them given the NRA's Daily Battles against Gun control seekers That 2/3rds of senators knew Laws were against Constitution and did not Remove them, As was their Duty to Do.

MEMORANDUM ON FEDERAL ACTION.

U.S. Constitution ARTICLE 6 "....", 2nd "paragraph" "This Constitution, and the Laws of the United States which shall be made in persuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, anything in the Constitution or Laws of any state to the contrary notwithstanding," --- ect.

Your Decision is Made on the Civil Rights violations that are also treason by Failure to Follow the ~~so~~ sworn oath taken by all Defendants, and by the Making, passing, or enforcing Laws Contrary to 2nd Amendment U.S. Constitution; "A well regulated militia," (is not National guard or U.S. Military But unpaid Volunteer's), "being neccessary to the security of a Free State" (if A state is in the United state or Union there of and Not Allowing ownership of slaves), "the right of the People to keep and bear arms," (that means all People who are Legal citizens, Natural Born citizen, human-beings, Mankind,) "shall not be infringed." (Means No Laws of any Kind can be made, Not Registration, Not Background checks, Not type of Firearm, Not Laws on those Natural Born citizens, Legal through immigrations who were convicted of a public offense No Law or excessive taxes on Firearms or Ammunition period.

Easyiest Decision and granting of order you will ever have.

MEMORANDUM OF FINAL UNCONSTITUTIONAL ACTS

The Home Land Security Act 2001 and Patriot Acts are Illegal as they allow Monitoring into ones houses 4th Amendment U.S. Constitution; and violate the 5th and 13th, and 14th Amendments where they allow the military and government to without cause or court proceedings, imprison and force the people to Labor, servitude, with no Length of time on unlawful Imprisonment and Servitude using claims of "suspected terrist." which is slavery again obolished by 13th Amendment U.S. Constitution. Which also allows the violation to 2nd Amendment by Laws that allow Government and state agencies to confinscate guns, Ammunition, Without cause using the "Under suspicious Acts", "possible Terrist suspect," to do such. Brought about by the Anti-gun Laws and treason by Government officials being carried on by Current President, Senators Against the oath for office they took. Read Guns, Crime, and Freedom by Wayne La Pierre; 63 documents Government doesn't want you to see, by Jesse Ventura. Many witnesses can through Media be obtained to testify to the Actions Federally, and to all but the Prosecution of me, which there are some unlisted witnesses, one being Ralph Andoe 100 park St Hazelton ID 83338 that can be brought forward by using Media to obtain them.

MEMORANDUM OF IMMUNITIES LOST

ANY Attorney, Judge, Senator, Congressman, Governor, Government official who violates the U.S. Constitution and their Oath of Office Losses their IMMUNITY. Such Acts are outside the scope, and authority of thier Duties and power.

Since Actions by Defendants is a direct violation of U.S. Constitution by removing a Constitutional Right of the People, I under the definition of the Constitution, "People", where it reduces MY Stature or Citizenship and removes from me the same Immunities, ect as others who are also Natural born citizens, and veterans that were not forced to A Alford v. North Carolina, 400 U.S. 400 Plea IS slavery, where Laws are made against those convicted of a public offense without representation or people fighting and giving them a voice or seeing that they also recieve equality guarranteed by Constitution of U.S. and Declaration of Independence, Making them People without a Homeland, A slave, obolished by 13th Amendment, U.S. Constitution where the Laws punish beyond the completed prison sentence by Loss of even one Right is a violation of not just 2nd Amend..., but 5th, 13th and 14th Amendments, where one is no longer free to Life Liberty or Pursuit of happiness IF its ones desire to Leave society for untamed wilderness, Treated different and as less than a citizen "People".

MEMORANDUM TO COURT AND ALL DEFENDANTS

The proposed Brady Bill II is slavery from Guns, Crime, and Freedom " Those who intend to ban guns in America will never settle for Brady Bill II either. It is just one more step in the march towards National Disarmament." (Removal of 2nd Amendment, into slavery. Criminals will get guns if they are going to committ crimes with them and some are as a result of these laws and the tyrants who are prosecutors and judges wrongfully convicted all to often in todays society due to these very laws that people beleive would do greater good for the great many. This MUST STOP NOW.

Our country went from 1% out of all the convicted to 6 or 7% of convicted that are actually innocent. To reveiw every case is impossible and that number rises every year, thats injustice not justice.

I know out of 15 people who I've actually seen their cases, evidence, transcripts; besides mine, and they did not do the alleged crime either but were forced to plead guilty or attorneys failed to defend them. Gun ban laws clearly have distorted the justice system further breaking a already broken system. The only thing that will end some of its problems is removing gun ban laws and bringing back death penalties and executing those who murder, rape and are serial killers. What percentage of innocent, wrongfully convicted is acceptable? I say 0% to 1% no more than that

## MEMORANDUM TO ALL DEFENDANTS AND COURT

This following shows my points fully.

I do not completely believe that all Felons should be able to purchase, possess, or own Firearms.

However I Also do not believe that those who were honest Lawabiding citizens who did not use a Firearm or were convicted by unjust means should be permanently punished or that such a incentive as the gun ban Laws have caused should become Slaves, or stripped of the 2nd Amendment Right. For doing such Distorts Criminal Law.

Last I knew in December 2015 MR Curtis Stover was being housed in unit 15 cell 37 B at ISCI. pg 66 4th paragraph and chapter 11 of Guns, Crime, and Freedom Read it, & chapter 8

Lives should not be destroyed as mine and his have been over gun ban Laws, or Felon Registration Laws. They constitute SLAVERY. see pg 95 of guns, crime, and freedom.

Since it is clear to me that they distort Justice, its my oppinion that all Laws banning gun ownership from 1890 to now should and must be abolished inorder to restore Justice and force stricter Investigations and use of all police narcotives, Hospital, eyewitness, victim written statements In open court to prevent wrongfull convictions. That DNA be used to convict and polygraphs on Both suspect and victim used in court just for starters. Laws against such distorted Justice made then maybe some Laws on gun control could be brought back like National Firearms Act 1934. Read statistics Read guns crime and freedom, pg 60,61 1st paragraph, pg 63

MEMORANDUM OF IDAHO ENSLAVING "PEOPLE

    Idaho also based off of the anti-gun Laws and sex-offender Registration has implemented a Violent offender Registration Law which is by reducing a "people", citizens status to Less than that status defined in the United States Constitution of "people", "citizen".
    A Violation of 13th Amendment by punishing after the original Debt for public offense has been satisfied by "Imprisonment", "servitude", by that further servitude beyond the punishment required by Law on Minimum, Maximum amount of servitude, sentence for a public offense. I have to should for some Reason in federal Habeas corpus recieve Adverse decision over The Domestic Violence, 2nd degree Kidnapping will be required to Register for remainder of my Life. That is slavery abolished by 13th Amendment U.S Constitution. Making that and all Laws Requiring Registration of a "people", Citizen for a public offense Illegal, unenforcible.
    That is infact the Depth of the infringement upon civil Rights of the "people", "citizens", by Idaho against me absolutely atroshous and ~~Blatently~~ Balatently unjust, Liberty, Life, persuit of happiness, freedom gone under These civil Rights infringements that are contrary to U.S. Constitution and Amendments there of.

## B. PLAINTIFF

My name is __JOHNNY R ANDOE__. I am a citizen of the State of __IDAHO__,

presently residing at __Idaho board of Corrections Idaho State correctional center,__.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Barrac oBama__, who was acting as __President of United States__
   (defendant)                                              (job title, if a person; function, if an entity)

for the __President of the United States promoting Anti gun legislation__.
   (state, county, city, *federal government*, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __December 7th 2009 til current date__, Defendant did
                                                              (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
__As president had duty to see that No Laws conflicted or were Contrary to US Constitution or allowed discrimination or reduction of ones citizenship by stripping of any of the Bill of Rights, He Demanded excessive taxes on guns and Ammunition 700% increase on those taxes bought all Ammunition for Military in order to make Ammunition excessively overpriced, Influencing Attorneys, Judges, Governors, police to obtain convictions for sole purpose of stripping 2nd Amendment Rights by using Laws Legislated that are Contrary to U.S. Constitution Article 6 and 2nd Amendment, Thereby violating 13th Amendment the obolished Slavery Amendment by reduction of one Natural born citizens Citizenship from anothers, and the equality of all men Clause, allowing for improper convictions by State, state prosecuters, to occure, promotion of improper convictions__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: __TREASON BY NOT UPHOLDING U.S. Constitution, Failed under Article 2 section 1,2 US Constitution to preserve and protect the Constitution of the United states by allowing Illegal and unenforcible anti gun Laws upon the people infringing upon the 2nd Amendment and further allowing slavery a violation of 13th Amendment US Constitution to accure by this discrimination, reduction of citizens stature Assisted by vice president in this violation of duty.__

4. I allege that I suffered the following injury or damages as a result:
__a improperly obtained conviction, and forced Alford v. Northcaroline plea, and 8 YRS imprisonment currently over incentive to remove 2nd Amendment Rights Illegally and to reduce my citizenship/slavery by Idaho prosecutors, Governor, elected federal and state officials and damage sustained to my reputation and character as a result and Loss of time with terminally ill parent now Deceased Loss of Realestate, personal property, Career and family, sustained Broken Jaw in prison__

## B. PLAINTIFF

My name is __JOHNNY R ANDOE__. I am a citizen of the State of __IDAHO__,

presently residing at __Idaho State Correctional Center__.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Joe Biden__, who was acting as __Vice President United States__
   (defendant) (job title, if a person; function, if an entity)

   for the __United States office of Vice President__.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __December 7th 2009 til current date__, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
   Failed as Vice President to uphold Constitution by allowing many anti gun Laws that are contrary to US Constitution, 2nd Amendment and the discrimination and reduction of a citizens stature by use of conviction for public offense, Slavery, By denying all men are created equal, equal protection of the Law, protection of unalienable Rights to all people as defined in US Constitution, assisted in excessive taxes on firearms and ammunition, and enforcement of Illegal unenforceable anti gun Laws that infringe upon 2nd Amend US Constitution, Failed to Challenge presidents competency and impeach for his failure to preserve and protect U.S. Constitution and to prevent a 13th Amend slavery violation of US Constitution, allowing for improper convictions by State, State prosecutors to occure. Promotion of improper convictions.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   US Constitution Article 6, Article 2 sections 1+2, 2nd Amendment, 13th Amendments to US Constitution (the Bill of Rights) and Slavery abolished, allowing all state duties to feel that did not need to hold US Constitution as supreme Law of the Land or be bound to it or preserve or protect it and or remove Laws contrary to US Constitution as Vice President had duty to also strike Laws contrary to US Constitution.

4. I allege that I suffered the following injury or damages as a result:
   A improperly obtained conviction by forced Alford v. North Carolina, 8 yrs imprisonment currently over incentive to remove 2nd Amendment Rights Illegally, and to reduce my citizenship/slavery by Idaho prosecutors, Governor, elected federal and state officials, and damage sustained to my reputation and character as a result and Loss of time with terminally ill now Deceased parent, Loss of Relatives, Real Estate, personal property, carreer sustained Broken jaw in prison.

## B. PLAINTIFF

My name is ___JoHNNY R ANDOE___. I am a citizen of the State of ___IDAHO___,

presently residing at ___IDAHO Board of Corrections, Idaho State correctional center___.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Hillary Clinton___, who was acting as ___U.S. Senator / presidential candidate___
   (defendant)                                                                    (job title, if a person; function, if an entity)

   for the ___U.S. Senator til 2016 then presidential candidate___.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___Dec 7th 2008 til current___, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   ___Who Prior to my actual arrest and improper conviction Advocated and help get many gun Restriction and Anti gun Laws on Federal Books under Brady that descriminated or reduced the Level of a Person from an other that was prior to a Conviction for public offense equal, stripping him orher of 2nd Amendment Making them a slave Against 13th Amendment, or dictating what type firearms could be sold to the people again against the US Constitution Article 6 and 2nd Amendment Thereby Causing many attorneys, Judges, Governors to Pursue convictions in order to take a guarrenteed Right From a Naturalborn citizen/people through such Lessing of status, Slavery which was obolished by 13th Amend US Constitution Violation, Promotion or improper convictions.___

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   ___exactly as those in C 3 of foregoing pag 2 on Previous 2 Defendants___

4. I allege that I suffered the following injury or damages as a result:
   ___Exactly as Those in C 4 of Foregoing page 2 on previous 2 Defendants.___

## B. PLAINTIFF

My name is __JOHNNY R ANDOE__. I am a citizen of the State of __IDAHO__,

presently residing at __IDAHO STATE Correctional Center__.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __JOHN KERRY__, who was acting as __U.S. Senator__
   (defendant)                                      (job title, if a person; function, if an entity)

for the __Senator in US Senate__.
(state, county, city, *federal government*, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __2004 Dec 7th til current__, Defendant did
(dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
__Assisted in drafting and passing and seeing many Illegal unForcible anti gun Laws implemented distorting Justice and discriminating against US Natural born Citizens and All people as defined in US Constitution violating 2nd Amend, 13th Amend and Article 6 US Constitution, Constituting promoting the enslaving of citizens/people, Natural born citizens, a violation of 13th Amendment and everything that the United States was Founded on, Making Bill of Rights of US Constitution kept in full for Some and removed for other Natural born or properly Legalized citizens. Same as Defendants previous 3 pages__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Same As previous 3 Defendants violated__

4. I allege that I suffered the following injury or damages as a result:
__Same as Previous 3 Defendants Caused me to suffer__